IN RE: **Anthony Pernell Mitchell**                                              Case No.

            Debtor(s)                                                                    Chapter 13 Proceeding

## ☐ *AMENDED*    ☐ *MODIFIED*
## DEBTOR(S)' CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

---

*Creditors are hereby notified that the following Plan may be amended at any time before confirmation. Any amendment may affect your status as a creditor. The Debtor's estimate of how much the Plan will pay, projected payments, and estimates of the allowed claims may also change. The following information advises creditors of the status of the case based on the information known at the time of its preparation. Any special concerns of a creditor may justify attendance at the Meeting of Creditors and such other action as may be appropriate under the circumstances. More detailed information is on file at the Office of the United States Bankruptcy Clerk in El Paso or Waco, Texas. Local Bankruptcy Rules and Standing Orders on procedures are available at the Clerk's Office and online at www.txwb.uscourts.gov.*

*Use of the singular word "Debtor" in this Plan includes the plural where appropriate.*

---

### Plan Summary

**A.** The Debtor's Plan Payment will be _____**$580.00 Monthly**_____, paid by ☑ Pay Order or ☐ Direct Pay for _____**60 months**_____. The gross amount to be paid into the plan is _____**$34,800.00**_____.

**B.** The Plan proposes to pay all allowed priority claims in full, all secured claims to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI below, and approximately __**1%**__ of each unsecured allowed claim.

THIS PLAN DOES NOT ALLOW CLAIMS. YOU MUST FILE A PROOF OF CLAIM BY THE APPLICABLE DEADLINE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN THAT MAY BE CONFIRMED. CREDITORS ARE REFERRED TO THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, THE LOCAL BANKRUPTCY RULES FOR THE WESTERN DISTRICT OF TEXAS, AND THE APPLICABLE STANDING ORDER RELATING TO CHAPTER 13 CASE ADMINISTRATION FOR THIS DIVISION, FOR INFORMATION ON THESE AND OTHER DEADLINES.

**C.** The value of the Debtor's non-exempt assets is _____**$0.00**_____.

**D.** If the payment of any debt is proposed to be paid directly by the Debtor outside the Plan, it is so noted in Section VI(1), set forth below.

### Plan Provisions

### I. Vesting of Estate Property

☑ Upon confirmation of the Plan, all property of the estate shall vest in the Debtor and shall not remain as property of the estate.

☐ Upon confirmation of the Plan, all property of the estate shall not vest in the Debtor, but shall remain as property of the estate.

☐ Other (describe):

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

IN RE: **Anthony Pernell Mitchell**                                             Case No.

          Debtor(s)                                                                     Chapter 13 Proceeding

☐ *AMENDED*   ☐ *MODIFIED*
## DEBTOR(S)' CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE
*Continuation Sheet # 1*

## II. Pre-Confirmation Disbursements

In accordance with the applicable Standing Order Relating to Chapter 13 Case Administration, the Debtor requests and consents to disbursement by the Chapter 13 Trustee of payments prior to confirmation of the Plan to evidence the Debtor's good faith, promote successful completion of the case, and to provide adequate protection to secured creditors. The Debtor shall remit such payments to the Trustee commencing 15 days after the filing of the petition. Provided all conditions for disbursement are met and unless otherwise ordered by the Court, the Trustee shall begin disbursing to creditors as provided below, on the first regularly scheduled disbursement after 30 days after the the petition is filed. Payments under this paragraph will cease upon confirmation of the Plan.

| Creditor/Collateral | Pre-Confirmation Payment Amount | Other Treatment Remarks |
|---|---|---|
| Nissan Motor Acceptanc<br>2009 Nissan Titan | $281.25 | |

## III. Executory Contracts/Unexpired Leases/Contracts for Deed

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to assume the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| AT&T Mobility | Service Contract Term: $74.00/Month Beginning 2008 | Assumed | No |

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to reject the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| **(None)** | | | |

## IV. Motion to Value Collateral Pursuant to 11 U.S.C. § 506

The Trustee shall pay allowed secured claims, which require the filing of a proof of claim, to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI(2), hereof, plus interest thereon at the rate specified in this Plan. Except for secured claims for which provision is made to pay the full amount of the claim not withstanding the value of the collateral, the portion of any allowed claim that exceeds the value of the collateral shall be treated as an unsecured claim under Section VI(2)(F).

The Debtor(s) move(s) to value the collateral described below in the amounts indicated. The values as stated below represent the replacement values of the assets held for collateral, as required under Section 506(a)(2). Objections to valuation of collateral proposed by this Motion and Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely response or objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan.

| Creditor / Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
|---|---|---|---|---|---|---|

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **Anthony Pernell Mitchell**　　　　　　　　　　　　　　Case No.

　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　Chapter 13 Proceeding

## ☐ *AMENDED*　　☐ *MODIFIED*
## DEBTOR(S)' CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 2*

---

*"I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on _____ ."*

_____　　　　　_____
Debtor　　　　　　　　　　　　　　　　　　　　　　　　Joint Debtor

### V. Motion to Avoid Lien Pursuant to 11 U.S.C. § 522(f)

The Bankruptcy Code allows certain liens to be avoided. If a lien is avoided, the claim will not be treated as a secured claim but as an unsecured claim under Section VI(2)(F).

The Debtor moves to avoid the following liens that impair exemptions. Objections to lien avoidance as proposed in this Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan. (Debtor must list the specific exempt property that the lien impairs and the basis of the lien--e.g., judicial lien, nonpurchase-money security interest, etc.)

| Creditor / Property subject to lien | Amount of Lien to be Avoided | Remarks |
|---|---|---|
|  |  |  |

### VI. Specific Treatment for Payment of Allowed Claims

**1. PAYMENTS TO BE MADE BY THE DEBTOR DIRECTLY TO CREDITORS, INCLUDING POST-PETITION DOMESTIC SUPPORT OBLIGATIONS**

**A.** Debtor(s) shall pay the following creditors directly. Creditors with claims based on a post-petition domestic support obligation ("DSO"), including all governmental units to which a DSO claim has been assigned, or is owed, or that may otherwise recover a DSO claim, MUST be paid directly. Minors should be identified by their initials only. If no DSO creditor is listed, the Debtor represents he/she has no domestic support obligation.

All direct payments listed below shall be made in addition to the Plan payments made by Debtor to the Chapter 13 Trustee as herein set forth. Secured creditors who are paid directly shall retain their liens, and the Debtor(s) shall maintain insurance on the collateral, in accordance with the terms of the documents creating the lien on the collateral.

| Creditor / Collateral, if any (including the name of each DSO creditor) | Remarks | Debt Amount | Payment Amount/Interval |
|---|---|---|---|
| Wells Fargo Hm Mortgag<br>500 Constellation Dr, Killeen, TX 76542 |  | $136,329.00 | $1,118.00 |

**B.** Debtor surrenders the following collateral. Confirmation of the Plan shall operate to lift the automatic stay provided by 11 U.S.C. § 362(a) with respect to the collateral listed, and any unsecured deficiency claim may be filed in accordance with the procedures set forth in the Standing Order Relating to Chapter 13 Case Administration for this Division.

| Creditor/Collateral | Collateral to Be Surrendered |
|---|---|
|  |  |

Form 11/7/05　　　*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300*

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

IN RE: **Anthony Pernell Mitchell**  Case No.

Debtor(s)  Chapter 13 Proceeding

☐ *AMENDED*   ☐ *MODIFIED*
## DEBTOR(S)' CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 3*

## 2. PAYMENTS TO BE MADE BY TRUSTEE TO CREDITORS

**A.** Administrative Expenses

Administrative Expenses shall include the Trustee's commission and debtor's attorney's fees. The Trustee shall receive up to 10% of all sums disbursed, except on any funds returned to the Debtor. No fees or expenses of counsel for the debtor(s) may be paid until the filing fee is paid in full, and any fees and expenses that are allowed in addition to the fees and expenses originally agreed to be paid, may be paid only after all prior allowed fees and expenses have been paid.

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured | Remarks |
|---|---|---|---|
| Davis Law Firm | $2,700.00 | Along With | |

**B.** Priority Claims, Including Domestic Support Obligation Arrearage Claims

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured | Remarks |
|---|---|---|---|
| | | | |

**C.** Arrearage Claims

| Creditor / Collateral | Estimated Claim | Estimated Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
|---|---|---|---|---|---|---|
| Wells Fargo Hm Mortgag 500 Constellation Dr, Killeen, TX 76542 | $2,500.00 | $2,500.00 | Pro-Rata | 0% | $2,500.00 | |

**D.** Cure Claims on Assumed Contracts, Leases, and Contracts for Deed

| Creditor/Subject Property, if any | Estimated Amount of Cure Claim | Monthly Payment or Method of Disbursement | Remarks |
|---|---|---|---|
| | | | |

**E.** Secured Creditors

Secured creditors shall retain their liens on the collateral that is security for their claims until the earlier of the date the underlying debt, as determined under non-bankruptcy law, has been paid in full, or the date of discharge under 11 U.S.C. § 1328. Therefore, if the debtor's case is dismissed or converted without completing of all Plan payments, the liens shall be retained by the creditors to the extent recognized by applicable non-bankruptcy law.

| Creditor/Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks (specifically note if claim amount to be paid although greater than value of collateral) |
|---|---|---|---|---|---|---|
| Nissan Motor Acceptanc 2009 Nissan Titan | $22,500.00 | $28,500.00 | Pro-Rata | 5% | $25,655.24 | |

Form 11/7/05  *Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300*

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

IN RE: **Anthony Pernell Mitchell**　　　　　　　　　　　　Case No.

　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　Chapter 13 Proceeding

☐ *AMENDED*　　☐ *MODIFIED*
## DEBTOR(S)' CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 4*

---

**F.** General Unsecured Creditors (including claims from rejection of contracts, leases and contracts for deed).
*Describe treatment for the class of general unsecured creditors.*

General Unsecured Creditors will receive approximately ____**1%**_____ of their allowed claims.

**Totals:**

| | |
|---|---:|
| Administrative Claims | $2,700.00 |
| Priority Claims | $0.00 |
| Arrearage Claims | $2,500.00 |
| Cure Claims | $0.00 |
| Secured Claims | $22,500.00 |
| Unsecured Claims | $42,847.23 |

## VII. Supplemental Plan Provisions

The following are the Supplemental Plan Provisions:

**Step Fixed Payments Are Designated in This Plan**

Under 11 U.S.C. Sec. 1325(a)(5)(B)(iii), each secured creditor is allowed to receive a fixed payment for the duration of the plan. This plan makes provision for step fixed payments. Unless an objection is filed by the secured creditor(s) regarding the variable payments, the variable payments will be deemed acceptable to that secured creditor for the duration of the plan.

Respectfully submitted this date: ___**11/9/2010**_____.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Chance M. McGhee/Glynn Beaty
　　　　　　　　　　　　　　　　　　　　　　　Chance M. McGhee/Glynn Beaty
　　　　　　　　　　　　　　　　　　　　　　　3925 A S. Jack Kultgen Fwy.
　　　　　　　　　　　　　　　　　　　　　　　Waco, TX 76706
　　　　　　　　　　　　　　　　　　　　　　　Phone: (254) 399-9977 / Fax: (254) 399-9909
　　　　　　　　　　　　　　　　　　　　　　　(Attorney for Debtor)

/s/ Anthony Pernell Mitchell
　Anthony Pernell Mitchell
　500 Constellation Drive
　Killeen, TX 76542
　(Debtor)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: **Anthony Pernell Mitchell** CASE NO.
*Debtor*

CHAPTER 13

*Joint Debtor*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on November 9, 2010, a copy of the attached Chapter 13 Plan, with any attachments, and Budget and Monthly Family Income were served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rule 9013 (g).

/s/ Chance M. McGhee/Glynn Beaty
Chance M. McGhee/Glynn Beaty
Bar ID:00791226
Davis Law Firm
3925 A S. Jack Kultgen Fwy.
Waco, TX 76706
(254) 399-9977

| | | |
|---|---|---|
| American Express<br>x-x1000<br>P.O. Box 650448<br>Dallas, TX 75265 | Chase<br>xxxxxxxxxxxx4730<br>P.o. Box 15298<br>Wilmington, DE 19850 | Hsbc Best Buy<br>xxxxxxxxxxxx7604<br>Attn: Bankruptcy<br>PO Box 5263<br>Carol Stream, IL 60197 |
| Anthony Pernell Mitchell<br>500 Constellation Drive<br>Killeen, TX 76542 | Gemb/chevron<br>xxxxxxxxxxxx4147<br>Attention: Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 |
| Bank Of America<br>xxxxxxxxxx4885<br>Attn: Bankruptcy NC4-105-02-99<br>PO Box 26012<br>Greensboro, NC 27420 | Gemb/discount Tires<br>xxxxxxxxxxxx9996<br>Po Box 981439<br>El Paso, TX 79998 | Mil Star<br>xxxxxxxxxxxx1787<br>Attention: Bankruptcy<br>PO Box 6250<br>Madison, WI 53716 |
| Barclays Bank Delaware<br>xxxxxxxxxxxx8579<br>Attention: Customer Support Department<br>PO Box 8833<br>Wilmington, DE 19899 | Gemb/water Treatment A<br>xxxxxxxxxxxx7986<br>Po Box 981439<br>El Paso, TX 79998 | Nissan Motor Acceptanc<br>xxxxxxxxxx0001<br>Po Box 660360<br>Dallas, TX 75266 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: **Anthony Pernell Mitchell**      CASE NO.
*Debtor*

     CHAPTER    13
*Joint Debtor*

## CERTIFICATE OF SERVICE
(Continuation Sheet #1)

Pioneer Military Loans
xxx6344
Attn: Bankruptcy
4700 Belleview Ste 300
Kansas City, MO 64112

Wells Fargo Hm Mortgag
xxxxxxxxx2759
8480 Stagecoach Cir
Frederick, MD 21701

Prfrd Cus Ac
xxxxxxxxxxxx0266
Po Box 94498
Las Vegas, NV 89193

Wells Fargo Hm Mortgag
xxxxxxxxx2759
8480 Stagecoach Cir
Frederick, MD 21701

Ray Hendren
101 E. 9th St. #1200
Austin, TX 78701

Texaco / Citibank
xxxxxx9947
Attn.: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195

Usaa Savings Bank
xxxxxxxxxxxx1548
Po Box 33009
San Antonio, TX 78265

Veteran's Administration
1 Federal Dr. Rm 156
Ft. Snelling, MN 55111

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

IN RE: **Anthony Pernell Mitchell, Debtor**          CASE NO **Unknown**

                                                     CHAPTER **13**

## PROPOSED PAYMENT SCHEDULE FOR CHAPTER 13 PLAN (PRO FORMA)

*The following payment schedule is a projection of the anticipated payments to be made to the creditors under the plan. This Pro Forma serves as support documentation to the debtor's proposed plan. Actual distributions by the Chapter 13 Trustee may vary.*

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 1 | MONTH 2 | MONTH 3 | MONTH 4 | MONTH 5 | MONTH 6 |
|---|---|---|---|---|---|---|---|---|---|
| Davis Law Firm | $2,700.00 | 0.00% | $0.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 |
| Nissan Motor Acceptanc | $22,500.00 | 5.00% | $3,155.24 | $334.94 | $335.08 | $335.22 | $335.35 | $335.49 | $335.63 |
| Wells Fargo Hm Mortgag | $2,500.00 | 0.00% | $0.00 | $37.06 | $36.92 | $36.78 | $36.65 | $36.51 | $36.37 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 |
| NEW BALANCE: | | | | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$522.00** | **$522.00** | **$522.00** | **$522.00** | **$522.00** | **$522.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $58.00 | $58.00 | $58.00 | $58.00 | $58.00 | $58.00 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 7 | MONTH 8 | MONTH 9 | MONTH 10 | MONTH 11 | MONTH 12 |
|---|---|---|---|---|---|---|---|---|---|
| Davis Law Firm | $2,700.00 | 0.00% | $0.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 |
| Nissan Motor Acceptanc | $22,500.00 | 5.00% | $3,155.24 | $335.76 | $335.90 | $336.03 | $336.17 | $336.30 | $336.44 |
| Wells Fargo Hm Mortgag | $2,500.00 | 0.00% | $0.00 | $36.24 | $36.10 | $35.97 | $35.83 | $35.70 | $35.56 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 |
| NEW BALANCE: | | | | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$522.00** | **$522.00** | **$522.00** | **$522.00** | **$522.00** | **$522.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $58.00 | $58.00 | $58.00 | $58.00 | $58.00 | $58.00 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 13 | MONTH 14 | MONTH 15 | MONTH 16 | MONTH 17 | MONTH 18 |
|---|---|---|---|---|---|---|---|---|---|
| Davis Law Firm | $2,700.00 | 0.00% | $0.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 |
| Nissan Motor Acceptanc | $22,500.00 | 5.00% | $3,155.24 | $336.57 | $336.70 | $336.84 | $336.97 | $337.10 | $337.23 |
| Wells Fargo Hm Mortgag | $2,500.00 | 0.00% | $0.00 | $35.43 | $35.30 | $35.16 | $35.03 | $34.90 | $34.77 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 |
| NEW BALANCE: | | | | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$522.00** | **$522.00** | **$522.00** | **$522.00** | **$522.00** | **$522.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $58.00 | $58.00 | $58.00 | $58.00 | $58.00 | $58.00 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 19 | MONTH 20 | MONTH 21 | MONTH 22 | MONTH 23 | MONTH 24 |
|---|---|---|---|---|---|---|---|---|---|
| Davis Law Firm | $2,700.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Nissan Motor Acceptanc | $22,500.00 | 5.00% | $3,155.24 | $473.40 | $473.58 | $473.76 | $473.94 | $474.12 | $474.30 |
| Wells Fargo Hm Mortgag | $2,500.00 | 0.00% | $0.00 | $48.60 | $48.42 | $48.24 | $48.06 | $47.88 | $47.70 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 |
| NEW BALANCE: | | | | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$522.00** | **$522.00** | **$522.00** | **$522.00** | **$522.00** | **$522.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $58.00 | $58.00 | $58.00 | $58.00 | $58.00 | $58.00 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 25 | MONTH 26 | MONTH 27 | MONTH 28 | MONTH 29 | MONTH 30 |
|---|---|---|---|---|---|---|---|---|---|
| Davis Law Firm | $2,700.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Nissan Motor Acceptanc | $22,500.00 | 5.00% | $3,155.24 | $474.48 | $474.66 | $474.84 | $475.02 | $475.20 | $475.38 |
| Wells Fargo Hm Mortgag | $2,500.00 | 0.00% | $0.00 | $47.52 | $47.34 | $47.16 | $46.98 | $46.80 | $46.62 |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

IN RE: **Anthony Pernell Mitchell, Debtor**　　　　　CASE NO **Unknown**

　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **13**

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| BEGINNING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 |
| NEW BALANCE: | | | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | **$522.00** | **$522.00** | **$522.00** | **$522.00** | **$522.00** | **$522.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | $58.00 | $58.00 | $58.00 | $58.00 | $58.00 | $58.00 |
| ENDING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **CREDITOR NAME** | **AMOUNT** | **INT RATE** | **INT PAID** | **MONTH 31** | **MONTH 32** | **MONTH 33** | **MONTH 34** | **MONTH 35** | **MONTH 36** |
| Davis Law Firm | $2,700.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Nissan Motor Acceptanc | $22,500.00 | 5.00% | $3,155.24 | $475.55 | $475.73 | $475.90 | $476.08 | $476.25 | $476.42 |
| Wells Fargo Hm Mortgag | $2,500.00 | 0.00% | $0.00 | $46.45 | $46.27 | $46.10 | $45.92 | $45.75 | $45.58 |
| BEGINNING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 |
| NEW BALANCE: | | | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | **$522.00** | **$522.00** | **$522.00** | **$522.00** | **$522.00** | **$522.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | $58.00 | $58.00 | $58.00 | $58.00 | $58.00 | $58.00 |
| ENDING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **CREDITOR NAME** | **AMOUNT** | **INT RATE** | **INT PAID** | **MONTH 37** | **MONTH 38** | **MONTH 39** | **MONTH 40** | **MONTH 41** | **MONTH 42** |
| Davis Law Firm | $2,700.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Nissan Motor Acceptanc | $22,500.00 | 5.00% | $3,155.24 | $476.60 | $476.77 | $476.94 | $477.11 | $477.28 | $477.45 |
| Wells Fargo Hm Mortgag | $2,500.00 | 0.00% | $0.00 | $45.40 | $45.23 | $45.06 | $44.89 | $44.72 | $44.55 |
| BEGINNING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 |
| NEW BALANCE: | | | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | **$522.00** | **$522.00** | **$522.00** | **$522.00** | **$522.00** | **$522.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | $58.00 | $58.00 | $58.00 | $58.00 | $58.00 | $58.00 |
| ENDING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **CREDITOR NAME** | **AMOUNT** | **INT RATE** | **INT PAID** | **MONTH 43** | **MONTH 44** | **MONTH 45** | **MONTH 46** | **MONTH 47** | **MONTH 48** |
| Davis Law Firm | $2,700.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Nissan Motor Acceptanc | $22,500.00 | 5.00% | $3,155.24 | $477.62 | $477.79 | $477.96 | $478.12 | $478.29 | $478.46 |
| Wells Fargo Hm Mortgag | $2,500.00 | 0.00% | $0.00 | $44.38 | $44.21 | $44.04 | $43.88 | $43.71 | $43.54 |
| BEGINNING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 |
| NEW BALANCE: | | | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | **$522.00** | **$522.00** | **$522.00** | **$522.00** | **$522.00** | **$522.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | $58.00 | $58.00 | $58.00 | $58.00 | $58.00 | $58.00 |
| ENDING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **CREDITOR NAME** | **AMOUNT** | **INT RATE** | **INT PAID** | **MONTH 49** | **MONTH 50** | **MONTH 51** | **MONTH 52** | **MONTH 53** | **MONTH 54** |
| Davis Law Firm | $2,700.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Nissan Motor Acceptanc | $22,500.00 | 5.00% | $3,155.24 | $478.62 | $478.79 | $478.95 | $479.12 | $479.28 | $479.44 |
| Wells Fargo Hm Mortgag | $2,500.00 | 0.00% | $0.00 | $43.38 | $43.21 | $43.05 | $42.88 | $42.72 | $42.56 |
| BEGINNING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 |
| NEW BALANCE: | | | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | **$522.00** | **$522.00** | **$522.00** | **$522.00** | **$522.00** | **$522.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | $58.00 | $58.00 | $58.00 | $58.00 | $58.00 | $58.00 |
| ENDING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **CREDITOR NAME** | **AMOUNT** | **INT RATE** | **INT PAID** | **MONTH 55** | **MONTH 56** | **MONTH 57** | **MONTH 58** | **MONTH 59** | **MONTH 60** |
| Davis Law Firm | $2,700.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Nissan Motor Acceptanc | $22,500.00 | 5.00% | $3,155.24 | $479.61 | $479.77 | $479.93 | $480.09 | $480.24 | $52.68 |
| Wells Fargo Hm Mortgag | $2,500.00 | 0.00% | $0.00 | $42.39 | $42.23 | $42.07 | $41.91 | $41.76 | $4.56 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **Anthony Pernell Mitchell, Debtor**  CASE NO **Unknown**

CHAPTER **13**

| | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| BEGINNING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 |
| NEW BALANCE: | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 | $580.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | **$522.00** | **$522.00** | **$522.00** | **$522.00** | **$522.00** | **$57.24** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $464.76 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | $58.00 | $58.00 | $58.00 | $58.00 | $58.00 | $58.00 |
| ENDING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

B6I (Official Form 6I) (12/07)
In re **Anthony Pernell Mitchell**            Case No. _____
                                                                                                                           (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Single** | Relationship(s): | Age(s): | Relationship(s): | Age(s): |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation | Retired | |
| Name of Employer | DFAS | |
| How Long Employed | | |
| Address of Employer | US Military Retirement Pay<br>PO Box 7130<br>London, KY 40742 | |

INCOME: (Estimate of average or projected monthly income at time case filed)                **DEBTOR**     **SPOUSE**

1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly)     $0.00
2. Estimate monthly overtime     $0.00
3. SUBTOTAL     **$0.00**
4. LESS PAYROLL DEDUCTIONS
       a. Payroll taxes (includes social security tax if b. is zero)     $0.00
       b. Social Security Tax     $0.00
       c. Medicare     $0.00
       d. Insurance     $0.00
       e. Union dues     $0.00
       f. Retirement     $0.00
       g. Other (Specify) _____     $0.00
       h. Other (Specify) _____     $0.00
       i. Other (Specify) _____     $0.00
       j. Other (Specify) _____     $0.00
       k. Other (Specify) _____     $0.00
5. SUBTOTAL OF PAYROLL DEDUCTIONS     **$0.00**
6. TOTAL NET MONTHLY TAKE HOME PAY     **$0.00**
7. Regular income from operation of business or profession or farm (Attach detailed stmt)     $0.00
8. Income from real property     $0.00
9. Interest and dividends     $0.00
10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above     $0.00
11. Social security or government assistance (Specify): _____     $0.00
12. Pension or retirement income     $1,177.60
13. Other monthly income (Specify):
        a. VA GI BILL     $1,114.00
        b. Anticipated employment income     $759.00
        c. _____     $0.00
14. SUBTOTAL OF LINES 7 THROUGH 13     **$3,050.60**
15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14)     **$3,050.60**
16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15)     **$3,050.60**

                                                 (Report also on Summary of Schedules and, if applicable,
                                                 on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)
IN RE: **Anthony Pernell Mitchell**         Case No. _____
                                                 (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $1,118.15 |
|     a. Are real estate taxes included?   ☑ Yes   ☐ No | |
|     b. Is property insurance included?   ☑ Yes   ☐ No | |
| 2. Utilities:   a. Electricity and heating fuel | $300.00 |
|             b. Water and sewer | $60.00 |
|             c. Telephone | $89.95 |
|             d. Other:   Cable/Internet | $59.95 |
| 3. Home maintenance (repairs and upkeep) | $50.00 |
| 4. Food | $200.00 |
| 5. Clothing | $30.00 |
| 6. Laundry and dry cleaning | $15.00 |
| 7. Medical and dental expenses | $25.00 |
| 8. Transportation (not including car payments) | $325.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $25.00 |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|         a. Homeowner's or renter's | |
|         b. Life | |
|         c. Health | |
|         d. Auto | $172.55 |
|         e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|         a. Auto: | |
|         b. Other: | |
|         c. Other: | |
|         d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: | |
| 17.b. Other: | |
| **18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$2,470.60** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: **None.** | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a. Average monthly income from Line 15 of Schedule I | $3,050.60 |
| b. Average monthly expenses from Line 18 above | $2,470.60 |
| c. Monthly net income (a. minus b.) | $580.00 |